**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No.: 3:08-cv-143

| | |
|---|---|
| PORTALES PLACE PROPERTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARIO GUESS a/k/a JERRY DEMARIO GUESS a/k/a J.D. GUESS a/k/a JERRY D. GUESS, LIGNA ACQUISITION GROUP, LLC, and THP ESCROW SERVICES CORP., <br><br> Defendants. | **PROPOSED ORDER GRANTING EXPEDITED DISCOVERY** |

Upon consideration of Plaintiff Portales Place Property, LLC's ("Plaintiff") Verified Complaint, Motion for Expedited Discovery and supporting Memorandum of Law, it is hereby ORDERED and DECREED until further hearing and further notice of this Court that:

1. Plaintiff's Motion for Expedited Discovery is GRANTED.

2. Plaintiff shall serve the document requests attached as <u>Exhibit A</u> to its Motion for Expedited Discovery on the Defendants by April 10, 2008. Defendants shall serve document responses upon Plaintiff no later than April 25, 2008.

3. Within ten (10) days of receipt of a Notice of Oral Deposition, or a date mutually agreed upon by the parties, but in no event later than May 2, 2008, Defendant Mario Guess must appear for deposition.

4. Within ten (10) days of receipt of a Notice of Oral Deposition, or a date mutually agreed upon by the parties, but in no event later than May 2, 2008, Defendant THP Escrow Services Corp. must appear for deposition.

5. The parties shall cooperate to reduce unnecessary costs associated with the taking of this expedited discovery.

SO ORDERED.

Signed: April 7, 2008

Graham C. Mullen
United States District Judge