IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:08-CV-143

FILED
CHARLOTTE, N. C.

APR 8 2008

U. S. DISTRICT COURT
W. DIST. OF N. C.

PORTALES PLACE PROPERTY, LLC,

Plaintiff,

v.

MARIO GUESS a/k/a JERRY DEMARIO GUESS a/k/a J.D. GUESS a/k/a JERRY D. GUESS, LIGNA ACQUISITION GROUP, LLC, and THP ESCROW SERVICES CORP.,

Defendants.

**WRIT OF ATTACHMENT**

TO THE UNITED STATES MARSHAL:

BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, you are hereby commanded to attach to the value of $1,125,000, plus an amount sufficient to cover Plaintiff's costs, all property of Defendant Ligna Acquisition Group located in the State of North Carolina. You are further commanded to make return of this Order to the Court within the time allowed by law.

This the 8th day of April, 2008.

_____
JUDGE/CLERK/ASSISTANT CLERK
United States District Court for the Western District
of North Carolina, Charlotte Division

DATED: 8 April 08