IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:08-cv-143

| | |
|---|---|
| PORTALES PLACE PROPERTY, LLC, <br><br> Plaintiff, <br> v. <br><br> MARIO GUESS a/k/a JERRY DEMARIO GUESS a/k/a J.D. GUESS a/k/a JERRY D. GUESS, LIGNA ACQUISITION GROUP, LLC, and THP ESCROW SERVICES CORP., <br><br> Defendants. | ORDER |

    This matter is before the court upon motion of Defendants' counsel to withdraw and to temporarily stay proceedings in this matter, and Defendants' Motion for Protective Order. The court will entertain these motions at the hearing scheduled on April 30, 2008 at 2:00pm.
    IT IS SO ORDERED.

Signed: April 28, 2008

Graham C. Mullen
United States District Judge