STATE OF _North Carolina_ )
COUNTY OF _Forsyth_ )

Now comes, Mario Guess, being first duly sworn, deposes and states:

1. That he is the Managing Director of Ligna Acquisition, LLC, a Delaware limited liability company ("Ligna"); and,

2. That as Managing Director of Ligna, he has full authority to execute this Verification on behalf of Ligna; and,

3. That he is a citizen and resident of the State of North Carolina, and he is competent to execute this Verification in his individual capacity; and,

4. That he has read the foregoing Answer, Affirmative Defenses, and Counterclaim to Verified Complaint, and the Crossclaim, and that he solemnly swears and affirms that the information contained therein is true to the best of his knowledge, information, and belief.

This the 29th day of April, 2008

_____
Mario Guess

Subscribed to and sworn to before me this
The 29th day of April.

_Aftan C Lynch_
Notary Public

My commission expires: _May 30, 2010_



2