# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Portales Place Property, LLC,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                         3:08-cv-143-GM

Mario Guess, etc., et al.,,

        Defendant(s).

DECISION BY COURT. This action came before the Court by Plaintiff's Motion for Judgment against Garnishee Ballantyne Area Market Center, LLC d/b/a Keller Williams Realty. The Court having granted the Plaintiff's motion by Order entered August 26, 2009;

IT IS ORDERED AND ADJUDGED that Plaintiff Portales Place Property, LLC recover of Garnishee Ballantyne Area Market Center, LLC d/b/a Keller Williams Realty the sum of Twenty-Five Thousand and 00/100 ($25,000.00) Dollars.

                                                  FRANK G. JOHNS, CLERK

August 26, 2009

                                                  BY: _____
                                                        Wendy Brinley, Deputy Clerk